McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Cheryl A. Grames
Nevada Bar No. 12752
  cheryl.grames@mccormickbarstow.com
Stacy Norris
Nevada Bar No. 15445
  stacy.norris@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101
Attorneys for LIBERTY MUTUAL AUTO AND
HOME SERVICES, LLC dba LM GENERAL
INSURANCE COMPANY dba LIBERTY
MUTUAL INSURANCE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEELAD DEZFOOLI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC dba LM GENERAL INSURANCE COMPANY dba LIBERTY MUTUAL INSURANCE, a Foreign Limited Liability Company; DOES 1-10; and ROE Entities 11 through 20, inclusive jointly and severally,<br><br>　　　　Defendants. | Case No. 2:23-cv-00733-MMD-BNW<br><br>**STIPULATION AND ORDER TO STAY LITIGATION** |

Plaintiff, Meelad Dezfooli, and Defendants, Liberty Mutual Auto and Home Services, LLC dba LM General Insurance Company dba Liberty Mutual Insurance ("Liberty Mutual"), hereinafter collectively referred to as "the Parties" hereby stipulate to the following and move the Court accordingly:

1.　The parties have entered into an Agreement to have the contractual benefits determined through private binding arbitration.

2.　To effectuate the Agreement, the Parties agree and stipulate that this entire

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:23-cv-00733-MMD-BNW
STIPULATION AND ORDER TO STAY LITIGATION

proceeding be stayed to allow the Parties to conclusively determine the value of Plaintiff's personal injury claims and, accordingly, the extent of his entitlement to contractual benefits.

3. The parties respectfully request that the hearing on August 29, 2023 be vacated as the parties have agreed to subsume the extra-contractual causes of action as part of the binding arbitration process.

It is the intent of the Parties that the Court retain its jurisdiction so as to be able to confirm the award as a judgment.

**IT IS SO MOVED AND STIPULATED:**

DATED this 30TH day of August, 2023

                    RUIZ LAW FIRM

                    By /s/ _____
                    Lawrence Ruiz, Nevada Bar No. 11451
                    1055 Whitney Ranch Drive, Suite 110
                    Henderson, NV 89014
                    (702) 850-1717
                    Attorneys for Plaintiff

DATED this 31st day of August, 2023

                    McCORMICK, BARSTOW, SHEPPARD,
                    WAYTE & CARRUTH LLP

                    By /s/ _____
                    Jonathan W. Carlson, Nevada Bar No. 10536
                    Cheryl A. Grames, Nevada Bar No. 12752
                    Stacy Norris, Nevada Bar No. 15445
                    8337 West Sunset Road, Suite 350
                    Las Vegas, Nevada 89113
                    Tel. (702) 949-1100
                    Attorneys for Defendants

### ORDER

**IT IS SO ORDERED.**

DATED this 31st day of August, 2023

                    By _____
                    UNITED STATES DISTRICT JUDGE

9317628.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2023, a true and correct copy of **STIPULATION AND ORDER TO STAY LITIGATION** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Cheryl A. Schneider
Cheryl A. Schneider, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

3   Case No. 2:23-cv-00733-MMD-BNW
STIPULATION AND ORDER TO STAY LITIGATION