McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Cheryl A. Grames
Nevada Bar No. 12752
  cheryl.grames@mccormickbarstow.com
Stacy Norris
Nevada Bar No. 15445
  stacy.norris@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:     (702) 949-1101
Attorneys for LIBERTY MUTUAL AUTO AND
HOME SERVICES, LLC dba LM GENERAL
INSURANCE COMPANY dba LIBERTY
MUTUAL INSURANCE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MEELAD DEZFOOLI, | Case No. 2:23-cv-00733-MMD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC dba LM GENERAL INSURANCE COMPANY dba LIBERTY MUTUAL INSURANCE, a Foreign Limited Liability Company; DOES 1-10; and ROE Entities 11 through 20, inclusive jointly and severally, | |
| Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff MEELAD DEZFOOLI, by and through their counsel of record, and Defendants LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC dba LM GENERAL INSURANCE COMPANY dba LIBERTY MUTUAL INSURANCE, by and through their counsel of record that the above-entitled matter be dismissed with prejudice against Defendant LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC dba LM GENERAL INSURANCE COMPANY dba LIBERTY MUTUAL INSURANCE, the parties to bear their own costs and attorneys' fees.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:23-cv-00733-MMD-BNW
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS SO STIPULATED.

DATED this 3rd day of January, 2024

        RUIZ LAW FIRM

By   /s/ *(signature)*
Lawrence Ruiz, Nevada Bar No. 11451
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
(702) 850-1717
Attorneys for Plaintiff

DATED this 3rd day of January, 2024

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

By   /s/ Jonathan W. Carlson
Jonathan W. Carlson, Nevada Bar No. 10536
Cheryl A. Grames, Nevada Bar No. 12752
Stacy Norris, Nevada Bar No. 15445
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for Defendants

### ORDER

**IT IS SO ORDERED.**

DATED this 4th day of January, 2024

By   *(signature)*
UNITED STATES DISTRICT JUDGE

9578106.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2024, a true and correct copy of **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By /s/ Tina M. Abrante
Tina M. Abrante, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP